ACCEPTED
01-14-00116-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/13/2015 4:34:16 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00116-CR**

In the
Court of Appeals
For the
First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/13/2015 4:34:16 PM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

**No. 1849562**
In the County Criminal Court at Law Number 10
Harris County, Texas

————————◆————————

BENEDICT EMESOWUM
*Appellant*
v.
THE STATE OF TEXAS
*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the County Criminal Court at Law Number 10 of Harris County, Texas, in cause number 1849562, the Appellant was convicted, on November 12, 2013, in **The State of Texas v. Benedict Emesowum.**

2. For the offense of assault of a family member, the Appellant was placed on probation for one year and assessed a $100.00 fine.

3. After a motion for new trial was timely filed on November 19, 2013, a written notice of appeal was timely filed on January 1, 2014.

4. The Appellant's brief was filed with this Court on January 5, 2015.

5. The State's brief was due to be filed with this Court on February 4, 2015.

6. An extension of time in which to file the State's brief is requested until March 16, 2015.

7. No previous extension has been granted to the State.

8. The facts relied upon to explain the need for this extension are:

With his numerous duties as Chief of the Appellate Division, the undersigned assistant district attorney has needed some additional time in order to respond to the appellant's brief in this case. The undersigned attorney is also assigned to prepare the State's briefs in the following cases:

| Jimmy Earl Drummond | No. 01-14-00962-CR |
| Marco Flores | No. 14-14-00663-CR |

The undersigned attorney has also been called as a witness in the ongoing hearing on the application for a post-conviction writ of habeas corpus filed by David Mark Temple. The undersigned attorney has had to testify in this hearing over several days and was recalled to testify as well.

WHEREFORE, the State prays that this Court will grant an extension of time until March 16, 2015, in which to file the State's brief in this case.

Respectfully submitted,

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the appellant at the following addresses on March 13, 2015:

Benedict Emesowum
P.O. Box 53911
Houston, Texas  77052

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date:  March 13, 2015